Susan St. Vincent
Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CIAN FRANCIS O'NEILL,<br><br>　　　　Defendant. | CASE NO. 6:15-MJ-116-MJS<br><br>STIPULATION TO VACATE BENCH TRIAL AND SET PLEA AND SENTENCING; AND ORDER THEREON |

IT IS HEREBY STIPULATED by and between Matthew McNease, the acting legal officer for the National Park Service, and Defendant Cian Francis O'Neill, by and through his attorney, Sean Riordan, that the Bench Trial in the above-captioned matter set for August 18, 2016, be vacated and a Plea and Sentencing hearing be set for August 17, 2016, at 10:00 AM.

　　Dated: July 6, 2016　　　　　　　　　　/S/ Matthew McNease _____
　　　　　　　　　　　　　　　　　　　　　　Matthew McNease
　　　　　　　　　　　　　　　　　　　　　　Acting Legal Officer
　　　　　　　　　　　　　　　　　　　　　　Yosemite National Park

1

Dated: July 6, 2016  /S/ Sean Riordan
Sean Riordan
Attorney for Cian Francis O'Neill

**ORDER**

For good cause shown, the Court accepts and adopts the above Stipulation and ORDERS that the Bench Trial in *U.S. v. Cian Francis O'Neill*, case number 6:15-mj-116-MJS, is hereby vacated and a Plea and Sentencing hearing is set for August 17, 2016 at 10:00 AM.

IT IS SO ORDERED.

Dated: July 12, 2016  /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE