Susan St. Vincent
Yosemite Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241



FILED

MAR 06 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CIAN FRANCIS O'NEILL,<br><br>Defendant. | DOCKET NO. 6:15-mj-116-MJS<br><br>**AFFIDAVIT OF ALLEGED PROBATION VIOLATION(S)** |

I, Susan St. Vincent, Legal Officer for Yosemite National Park state the following is true and correct to the best of my knowledge and belief.

I am the legal officer in Yosemite National Park and serve as the prosecutor for misdemeanor matters arising in the park. I have been so employed for seven years.

In the normal course of my duties, I and other individuals acting in a similar capacity, in my office regularly conduct probation status reviews for defendants on court probation with the District Court in Yosemite.

In the normal course of my duties, I learned that defendant Cian Francis O'NEIL has failed to obey all laws. As the legal officer, I am aware that O'NEIL, was charged with being present in a park area while under the influence of alcohol to a degree that may endanger oneself or another person, in violation of Title 36 Code of Federal Regulations §2.35(c), engaging in fighting or threatening, or in violent behavior, in violation of Title 36 Code of Federal Regulations §2.34(a)(1), committing simple assault,

in violation of Title 18 United States Code §113(a)(5).

On August 17, 2016, O'NEIL plead guilty to the charge of being under the influence of alcohol to a degree that may endanger oneself or another person and engaging in fighting or threatening, or in violent behavior, in violation of Title 36 Code of Federal Regulations §2.34(a)(1). O'NEIL was sentenced to twelve months of unsupervised probation with the condition that he pay a $250 fine at a rate of $25 per month, complete 75 hours of community service within the first 10 months of probation, obey all laws, and report all new violations of the law to the Yosemite Legal Office.

The government alleges O'NEIL has violated the following condition(s) of his unsupervised probation. The government alleges O'NEIL has violated the following condition(s) of his unsupervised probation:

<u>CHARGE ONE</u>:     FAILURE TO OBEY ALL LAWS

O'NEIL was ordered to obey all laws. On January 5, 2017 O'NEIL notified through counsel that he had been arrested on January 1, 2017 in Sacramento, CA for providing alcohol to a minor.

I declare under penalty of perjury the information which I have set forth above and on the face of this Affidavit of Alleged Probation(s) is true to the best of my knowledge.

_3/6/17_
Date

Susan St. Vincent
Legal Officer
Yosemite National Park, CA

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

_3/6/17_
Date

Honorable Michael J. Seng
U. S. Magistrate Judge
Eastern District of California