| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | REED GRANTHAM, CA SBN #294171 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | CIAN O'NEILL |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:15-mj-00116-MJS |
|---|---|
| Plaintiff, | ) **STIPULATION TO CONTINUE; ORDER** |
| vs. | ) |
| CIAN O'NEILL, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Cian O'Neill, that the Court continue the April 25, 2017 hearing in this matter to July 12, 2017, at 10:00 a.m.

On August 17, 2016, the Court sentenced Mr. O'Neill to twelve months of unsupervised probation, with the conditions that he obey all laws and advise the Court and Government Officer within seven days of being cited or arrested for any alleged violation of law. The Court also ordered Mr. O'Neill to pay a fine of $250.00 and to complete 75 hours of community service.

On March 6, 2017, the government filed an Affidavit of Alleged Probation Violation alleging that Mr. O'Neill failed to obey all laws when he was arrested on January 1, 2017. This arrest was reported to the government by counsel for Mr. O'Neill on January 5, 2017, within the

reporting time period. On March 7, 2017, the government issued a summons for Mr. O'Neill to appear on April 25, 2017.

Since Mr. O'Neill's period of unsupervised probation began, Mr. O'Neill has paid his $250.00 fine and has completed 61 of the 75 hours of community service. Mr. O'Neill is currently enrolled at Sacramento State University and is in the midst of preparation for his final examinations. Given Mr. O'Neill's compliance with the terms and conditions of his unsupervised probation and his current educational situation, the parties hereby request that the hearing on the probation violation allegation be moved to July 12, 2017, the date of Mr. O'Neill's review hearing. Mr. O'Neill remains on unsupervised probation until August 17, 2017.

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

Date: April 24, 2017  /s/ Susan St. Vincent
Susan St. Vincent
Yosemite Legal Officer
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: April 24, 2017  /s/ Reed Grantham
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
CIAN O'NEILL

**O R D E R**

The Court hereby grants the parties' request to continue the April 25, 2017 hearing to July 12, 2017, at 10:00 a.m., in case number 6:15-mj-00116-MJS.

IT IS SO ORDERED.

Dated:   April 25, 2017                    /s/ *Michael J. Seng*
                                           UNITED STATES MAGISTRATE JUDGE