# UNITED STATES DISTRICT COURT
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**CIAN O'NEILL** | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br><br>Criminal Number: **6:15MJ00116-001**<br>Defendant's Attorney: Sean Riordan, Assistant Federal Defender |

**THE DEFENDANT:**

[✓]  admitted guilt to violation of charge ___One___ as alleged in the violation petition filed on __3/7/2017__ .

[ ]  was found in violation of condition(s) of supervision as to charge(s) ___ after denial of guilt, as alleged in the violation petition filed on ___.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| CHARGE ONE | Failure to Obey All Laws | 1/5/2017 |

The court:  [ ] revokes:  [✓] modifies:  [ ] continues under same conditions of supervision heretofore ordered on __8/17/2016__ .

    The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  Charge(s) ___ is/are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

    It is ordered that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| |
|---|
| **7/27/2017** |
| Date of Imposition of Sentence |
| /s/ Michael J. Seng |
| Signature of Judicial Officer |
| **Michael J. Seng**, United States Magistrate Judge |
| Name & Title of Judicial Officer |
| 8/1/2017 |
| Date |

DEFENDANT:**CIAN O'NEILL**
CASE NUMBER:**6:15MJ00116-001**

# PROBATION

The defendant is hereby sentenced to probation for a term of :
12 months..

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that Defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the Defendant shall be subject to and must comply with the following conditions of probation:

# CONDITIONS OF PROBATION

1. The Defendant's probation shall be unsupervised by the probation office.

2. The Defendant is ordered to obey all federal, state, and local laws.

3. The Defendant shall notify the court and, if represented by Counsel, your counsel of any change of address and contact number.

4. The Defendant is ordered to personally appear for a Probation Review Hearing on 6/19/2018 at 10:00 am before U.S. Magistrate Judge Seng.

5. The Defendant shall complete 50 hours of community service. The Defendant shall perform and complete the community service hours within 10 months and file proof of completion with the Court through counsel.

6. The Defendant shall advise the Court and Government Officer through Counsel, if represented, within seven days of being cited or arrested for any alleged violation of law.

7. The Defendant shall attend AA one time weekly for 12 months of probation and file sworn proof of attendance to the Court and Government Officer, through Counsel, if represented.