HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
CIAN O'NEILL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 6:15-mj-00116-MJS |
| Plaintiff, | ) ) | **STIPULATION TO VACATE STATUS CONFERENCE; ORDER** |
| vs. | ) ) | |
| CIAN O'NEILL, | ) ) | |
| Defendant. | ) ) ) | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Cian O'Neill, that the Court vacate the August 29, 2017 hearing in this matter.

On August 17, 2016, the Court sentenced Mr. O'Neill to twelve months of unsupervised probation, with the conditions that he obey all laws and advise the Court and Government Officer within seven days of being cited or arrested for any alleged violation of law. The Court also ordered Mr. O'Neill to pay a fine of $250.00 and to complete 75 hours of community service.

On March 6, 2017, the government filed an Affidavit of Alleged Probation Violation alleging that Mr. O'Neill failed to obey all laws when he was arrested on January 1, 2017. On July 27, 2017, Mr. O'Neill admitted the violation and was sentenced to twelve months of

unsupervised probation, with the conditions that he obey all laws and advise the Court and Government Officer within seven days of being cited or arrested for any alleged violation of law. He was also ordered to perform 50 hours of community service and to attend Alcoholics Anonymous ("AA") once per week for 12 months.

In lieu of attending AA once per week, the Court provided Mr. O'Neill with the option of locating an alternative alcohol related treatment program by August 29, 2017. If no other options were located than the ordered AA attendance would remain the condition of probation. At this time, no other options have been located and the parties agree that the previously ordered AA attendance remain the order of the Court.

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

Date: August 29, 2017        */s/ Susan St. Vincent*
                             Susan St. Vincent
                             Yosemite Legal Officer
                             Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: August 29, 2017        */s/ Reed Grantham*
                             REED GRANTHAM
                             Assistant Federal Defender
                             Attorney for Defendant
                             CIAN O'NEILL

**O R D E R**

Good cause appearing, the Court accepts the above Stipulation. The August 29, 2017 status conference for Cian O'Neill, Case No. 6:15-mj-116-MJS is hereby vacated.

IT IS SO ORDERED.

Dated:  September 5, 2017          /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE