HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
HOPE ALLEY, CA SBN #314109
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
CIAN O'NEILL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>CIAN O'NEILL,<br><br>  Defendant. | Case No. 6:15-mj-00116-JDP<br><br>**STIPULATION TO CONTINUE REVIEW HEARING AND EXTEND PROBATION; ORDER** |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff and Assistant Federal Defender Hope Alley, counsel for Cian O'Neill, that Mr. O'Neill's term of unsupervised probation be extended to expire on September 27, 2018. The parties further request that the Court continue Mr. O'Neill's review hearing in this matter to August 21, 2018.

Mr. O'Neill's review hearing is currently scheduled for June 19, 2018. By that date, Mr. O'Neill was required to have completed 50 hours of community service and to have attended AA meetings once a week for the duration of probation. Mr. O'Neill has attended over 40 AA meetings but needs a little more time to attend the requisite amount of meetings. Accordingly, the parties ask the Court to continue the review hearing to August 21, 2018.

//

//

|     |                       |                                                      |
| --- | --------------------- | ---------------------------------------------------- |
|     |                       | Respectfully submitted,                              |
|     |                       | McGREGOR W. SCOTT<br>United States Attorney          |
|     | Date: June 12, 2018   | */s/ Susan St. Vincent*<br>Susan St. Vincent<br>Yosemite Legal Officer<br>Attorney for Plaintiff |
|     |                       | HEATHER E. WILLIAMS<br>Federal Defender              |
|     | Date: June 12, 2018   | */s/ Hope Alley*<br>HOPE ALLEY<br>Assistant Federal Defender<br>Attorney for Defendant<br>CIAN O'NEILL |

**O R D E R**

At the request of the parties, the June 19, 2018 hearing for Cian O'Neill, Case No. 6:15-mj-00116, is continued to August 21, 2018, at 10:00 a.m., and his probation is extended to September 27, 2018.

IT IS SO ORDERED.

Dated:   June 13, 2018         /s/ *Jeremy D. Peterson*
                                UNITED STATES MAGISTRATE JUDGE