HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
RACHELLE BARBOUR, #185395
Attorney
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710
rachelle.barbour@fd.org

Attorney for Defendant
CIAN O'NEILL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CIAN O'NEILL,<br><br>Defendant. | Case Nos. 6: 15-MJ-116-MJS<br><br>**MOTION TO VACATE AUGUST 21, 2018 REVIEW HEARING; ORDER** |

Defendant CIAN O'NEILL hereby requests that the Court vacate the August 21, 2018 review hearing. The Government is in agreement with the request.

On August 17, 2016, the Court sentenced Mr. O'Neill to 12 months probation, a $250 fine, and 75 hours community service. It ordered Mr. O'Neill to obey all laws and notify the Court and Government within seven days of citation or arrest for any alleged violation of law. In July 2017, Mr. O'Neill faced a violation in this case, and on July 27, 2017, the Court sentenced Mr. O'Neill to 12 additional months of unsupervised probation. It reimposed conditions that Mr. O'Neill obey all laws and advise the Court and Government within seven days of being cited or arrested for any alleged violation of law. The Court also ordered Mr. O'Neill to complete 50 addition hours of community service (for a total of 125 hours) and to attend AA weekly.

//

//

Mr. O'Neill has paid off his fine.  Since the hearing in July 2017, he has had no new violations of law.  He has completed his community service hours and has attended AA and participated in an in-patient drug treatment program.  Accordingly, the parties request that the Court vacate the August 21, 2018 review hearing.

Date: August 8, 2018

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Rachelle Barbour*
RACHELLE BARBOUR
Attorney for Defendant
CIAN O'NEILL

# **O R D E R**

Pursuant to the parties' request, the court vacates the August 21, 2018, review hearing in this case.

IT IS SO ORDERED.

Dated:   August 9, 2018

_____
UNITED STATES MAGISTRATE JUDGE